ESTATE OF Joe S. DOYLE et al., Floyd Street Investment Co. et al., and Charles Weisberg et al., Movants,

v.

COMMISSIONERS OF the SINKING FUND OF the CITY OF LOUISVILLE, the City of Louisville and the County of Jefferson, Respondents.

Supreme Court of Kentucky.

Oct. 30, 1979.

Richard M. Trautwein and Gary D. Garrison, Barnett & Alagia, Marshall B. Hardy, Jr., Hardy, Logan & Hastings, Louisville, for movants.

Robert F. Matthews and John H. Stites, III, Greenebaum, Doll & McDonald, Herman E. Frick, Asst. Director, Dept. of Law, Karl M. Walz, Asst. County Atty., Louisville, for respondents.

## OPINION AND ORDER

The Court, having considered the briefs of movants and respondents and having heard oral argument in this matter, is of the opinion that discretionary review was improvidently granted.

The order granting discretionary review, Ky., 585 S.W.2d 408, is vacated, and the case is remanded to the Court of Appeals for the issuance of its mandate.

STEPHENSON, AKER, CLAYTON and LUKOWSKY, JJ., sitting. All concur.

Entered October 30, 1979.

/s/ John S. Palmore
Chief Justice